UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.

                                     ORDER

Gordon David Reese,

        Defendant.                  Crim. 05-269(JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Defendant's Motion to Suppress Evidence of Search and Seizure [Docket No. 51] is denied.

                                          BY THE COURT:

DATED: December 30, 2005              s/ Joan N. Ericksen
                                                    Judge Joan N. Ericksen
                                                    United States District Court